# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
     Appellant,
  vs.
CAPUCINE YOLANDA HOLMES,
     Respondent.

No. 80465

FILED

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision denying rehearing. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court's oral decision is not effective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective). To date, it does not appear that the district court has entered a written order memorializing its decision. Moreover, to the extent the district court's decision denies a motion for reconsideration, an order denying a motion for reconsideration is not substantively appealable. *See Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 186, 660 P.2d 980, 981 (1983) (holding that an order denying rehearing is not appealable), *disapproved of on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev. 578,

20-04776

585, 245 P.3d 1190, 1195 (2010). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Wilbert Roy Holmes
       Heaton Fontano, Ltd.
       Eighth District Court Clerk